## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 347 EAL 2018
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
PEDRO DIAZ, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.